# Third District Court of Appeal

## State of Florida

Opinion filed October 6, 2022.

_____

No. 3D22-779
Lower Tribunal Nos. 13210008766FC, CS No. 2000771580
_____

**Roberto Fonseca,**

Appellant,

vs.

**State of Florida Department of Revenue
Child Support Program, et al.,**

Appellees.

An Appeal from the State of Florida, Department of Revenue, Child Support Program.

Roberto Fonseca, in proper person.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General (Tallahassee), for appellee Department of Revenue.

Before FERNANDEZ, C.J., and GORDO and LOBREE, JJ.

PER CURIAM.

Roberto Fonseca appeals a final administrative support order entered by the Department of Revenue Child Support Enforcement Program. We have jurisdiction. Fla. R. App. P. 9.030(b)(1)(C). Pursuant to the Department's commendable confession of error for lack of notice to the Appellant, the final administrative support order is vacated and this cause is remanded to the trial court for further proceedings.

Reversed and Remanded.